# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA TANYI TAKANG, | Case No. CV 5:26-01798-RAO |
| Petitioner, | |
| v. | **JUDGMENT** |
| MARKWAYNE MULLIN, *et al.*, | |
| Respondents. | |

Pursuant to the Court's Order Granting Petition for Writ of Habeas Corpus,

IT IS ORDERED AND ADJUDGED that the Petition is Granted in Part.

DATED: April 23, 2026

_____
ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE